SCWC-14-0001151

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

STATE OF HAWAII,
Respondent/Plaintiff-Appellee,

vs.

RYAN NAKAMITSU,
Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0001151; 1DTA-14-02783)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack and Wilson, JJ.)

Petitioner/Defendant-Appellant Ryan Nakamitsu's application for writ of certiorari filed on April 25, 2016, is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be heard in this case. Any party may, within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, June 6, 2016

Alen M. Kaneshiro
for petitioner

Sonja P. McCullen
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

